# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ALLEN KING,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLISON, et al.,<br><br>  Defendants. | Case No.: 1:23-cv-0681 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND/OR PROTECTIVE ORDER<br><br>(Docs. 13, 16) |

Terrance Allen King is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks a "preliminary injunction and/or protective order" to protect him and/or his family members. (Doc. 13.)

The assigned magistrate judge found Plaintiff failed to show injunctive relief was appropriate, and recommended the request be denied. (Doc. 16.) The Court served the Findings and Recommendations on Plaintiff on May 23, 2023, and it notified him that any objections must be filed within 14 days of the date of service. (*Id.* at 4.) In addition, the Court informed Plaintiff that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case.

Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 23, 2023 (Doc. 16), are **ADOPTED** in full.
2. Plaintiff's motion for preliminary injunction and/or protective order (Doc. 13) is **DENIED.**
3. The matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 27, 2023**

_____
UNITED STATES DISTRICT JUDGE