# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ALLEN KING,<br><br>         Plaintiff,<br><br>     v.<br><br>ALLISON, *et al.*,<br><br>         Defendants. | Case No.: 1:23-cv-00681-JLT-BAM (PC)<br><br>ORDER THAT INMATE TERRANCE ALLEN KING IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Terrance Allen King is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on April 25, 2024. Inmate Terrance Allen King, CDCR #AP-8798, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 25, 2024**

_____

UNITED STATES MAGISTRATE JUDGE